1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   GARY DALE BARGER,                    1:13-cv-00353-BAM (PC)

12          Plaintiff,                    ORDER REQUIRING PLAINTIFF TO PAY
                                          $350.00 FILING FEE IN FULL OR FILE AN
13      vs.                               APPLICATION TO PROCEED IN FORMA
                                          PAUPERIS WITHIN FORTY-FIVE DAYS
14   CSP-CORCORAN, et al.,

15          Defendants.
     _____/

16

17          Plaintiff, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C.

18   § 1983 on July 18, 2012.  Plaintiff neither paid the $350.00 filing fee nor filed an application to

19   proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Accordingly, it is HEREBY ORDERED

20   that:

21          Within **forty-five (45) days** from the date of service of this order, plaintiff shall either pay

22   the $350.00 filing fee in full or file the attached application to proceed in forma pauperis, completed

23   and signed.  **No requests for extension will be granted without a showing of good cause**.  **Failure**

24   **to comply with this order will result in dismissal of this action.**

25          IT IS SO ORDERED.

26   **Dated:   March 21, 2013**              _____/s/_ **Barbara A. McAuliffe**_____
                                              UNITED STATES MAGISTRATE JUDGE

27

28