# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY DALE BARGER,<br><br>Plaintiff,<br><br>v.<br><br>CSP-CORCORAN, et al.,<br><br>Defendants. | Case No. 1:13-cv-00353-AWI-BAM PC<br><br>FINDINGS AND RECOMMENDATIONS REGARDING DISMISSAL OF ACTION FOR FAILURE TO PROSECUTE<br><br>FOURTEEN DAY DEADLINE |

Plaintiff Gary Dale Barger ("Plaintiff") is a California state prisoner proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983. Plaintiff filed his complaint on March 7, 2013.

On March 20, 2013, the Court mailed Plaintiff documents relating to his case. However, the mail was returned by the United States Postal Service as "Undeliverable, Name & ID Number Do Not Match."

On March 21, 2013, the Court again mailed Plaintiff documents related to his case. On April 9, 2013, the mail was returned by the United States Postal Service as "Undeliverable, Name & ID Number Do Not Match."

"In determining whether to dismiss an action for lack of prosecution, the district court is required to weigh several factors: '(1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the public

1

policy favoring disposition of cases on their merits and (5) the availability of less drastic sanctions.'" Carey v. King, 856 F.2d 1439, 1440 (9th Cir. 1988) (quoting Henderson v. Duncan, 779 F.2d 1421, 1423 (9th Cir. 1986)). These factors guide a court in deciding what to do, and are not conditions that must be met in order for a court to take action. In re Phenylpropanolamine (PPA) Products Liability Litigation, 460 F.3d 1217, 1226 (9th Cir. 2006) (citation omitted).

In this instance, given the Court's inability to communicate with Plaintiff, dismissal is warranted and there are no other reasonable alternatives available. The action has been pending since March 7, 2013, and all mail sent to Plaintiff has been returned. See Carey, 856 F.2d at 1441. Plaintiff has failed to inform the Court of an appropriate address.

Accordingly, the Court RECOMMENDS that this action be DISMISSED WITHOUT PREJUDICE for Plaintiff's failure to prosecute. These Findings and Recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l). Within fourteen (14) days after being served with these Findings and Recommendations, Plaintiff may file written objections with the Court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated: **August 1, 2013**          /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE